# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

MARK S. DAVIS  
CHIEF JUDGE

March 19, 2024

**Karl Linard Malloy**  
**1600 Mill Quarter Road**  
**Powhatan VA 23139**

**Jason E. Kane, Esquire**  
**Kane & Papa PC**  
**P O Box 508**  
**Richmond VA 23218**

Re:  Civil No. **3:24cv200**  
     *Malloy v. Kane*

TO COUNSEL OF RECORD:

   The Bankruptcy Appeal in the above-style case was filed in the U.S. District Court Clerk's Office on **3/18/2024**.  Please refer to Rule 8018, Federal Rules of Bankruptcy Procedure (copy attached) for Serving and Filing Briefs; Appendices.

Sincerely,  
FERNANDO GALINDO, CLERK

By: **J. Jones, Deputy Clerk**

Attachment: FRBP Rule 8018  
cc: case file